No. 786. EMPIRE MILL COMPANY, PLAINTIFF IN ERROR, v. BLACKWELL LUMBER COMPANY. In error to the Supreme Court of the State of Idaho. Motion to dismiss or affirm or modify supersedeas submitted June 4, 1917. Decided June 11, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Luxton* v. *North River Bridge Co.*, 147 U. S. 337; *Southern Railway Co.* v. *Postal Telegraph-Cable Co.*, 179 U. S. 641; *Grays Harbor Logging Co.* v. *Coats-Fordney Logging Co.*, 243 U. S. 251. *Mr. Charles W. Beale* for plaintiff in error. *Mr. John P. Gray* for defendant in error.

No. ——. Original. *Ex parte:* IN THE MATTER OF AVASTA HUGHES, PETITIONER. Submitted June 4, 1917. Decided June 11, 1917. Motion for leave to file petition for writs of prohibition and mandamus denied. *Mr. Benjamin Patterson* for petitioner.

No. 20. October Term, 1911. SIDNEY HENRY ET AL. v. A. B. DICK COMPANY. Submitted May 21, 1917. Decided June 11, 1917. Motion for leave to file bill of review in the District Court of the United States for the Southern District of New York granted. *Mr. Hans von Briesen* and *Mr. Arthur von Briesen* for Margaret Henry, petitioner.